# Court of Appeals
# of the State of Georgia

ATLANTA,  August 27, 2019

*The Court of Appeals hereby passes the following order:*

**A19A2347.  SCOTT J. GOLDEN v. THE STATE.**

In June 2016, Scott J. Golden entered a negotiated guilty plea to criminal attempt to commit child molestation as a lesser charge of aggravated child molestation and was sentenced to serve 25 years in confinement.  On April 19, 2019, Golden filed a "Motion to Correct Scrivenor/Clerical Error," in which he argued that the Department of Corrections misunderstood the final disposition entered by the trial court as its sentence computation report stated that he was guilty of aggravated child molestation.  The trial court denied his motion, concluding that the final disposition sheet was correct and submitted to the Department of Corrections.  Golden filed the instant appeal, but we lack jurisdiction.

In order to challenge the sentence computation sheet, Golden must seek relief from the Department of Corrections, not from the trial court.   "Inmate grievances must be first heard and determined within the Department of Corrections, and from an adverse Department determination an action can be brought in the courts, in the nature of mandamus or injunction, against the director of the department." *Heard v. Hopper*, 233 Ga. 617, 617 (1) (212 SE2d 797) (1975), citing *Brown v. Caldwell*, 231 Ga. 795, 796 (204 SE2d 137) (1974).   Accordingly, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,__08/27/2019_____*
    *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____~Stephen E. Castlen~_____ *, Clerk.*